DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONDOMINIUM OWNERS ORGANIZATION OF CENTURY VILLAGE EAST, INC.,** a Florida nonprofit corporation,
Appellant,

v.

**VENTNOR B CONDOMINIUM ASSOCIATION, INC.,** on a derivative basis as a member of the CONDOMINIUM OWNERS ORGANIZATION OF CENTURY VILLAGE EAST, INC., a Florida nonprofit corporation,
Appellee.

No. 4D16-2620

[July 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE12-000294 (18).

Geralyn M. Passaro of Litchfield Cavo LLP, Fort Lauderdale, for appellant.

Joseph D. Garrity of Garrity Traina, PLLC, Coconut Creek, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***